[No. 45139-1-I.     Division One.     May 15, 2000.]

ALVIN M. MYCON, *Appellant*, v. SAFECO NATIONAL
INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-13363-7, Robert S. Lasnik, J., entered
September 11, 1998. *Reversed* by unpublished opinion per
Baker, J., concurred in by Becker, A.C.J.; Coleman, J., dis-
senting.

[No. 45142-1-I.     Division One.     May 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBORAH
VALENTINE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-06965-8, Nicole MacInnes, J., entered
September 27, 1999. *Reversed* by unpublished per curiam
opinion.

[No. 45295-9-I.     Division One.     May 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. J.H.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-8-03208-1, Marsha J. Pechman, J., entered
September 15, 1999. *Affirmed* by unpublished per curiam
opinion.

[No. 46087-1-I.     Division One.     May 15, 2000.]

*In the Matter of the Personal Restraint of* JERMAINE D.
DRINKARD, *Petitioner.*

Petition for relief from personal restraint. *Granted* and
*remanded* by unpublished per curiam opinion.